IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01298-KLM

KIMBERLY K. HAWKS, an individual,

    Plaintiff,

v.

BALLANTINE COMMUNICATION, INC., a Colorado corporation doing business as Ballantine Publishing,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Stay of Discovery and Disclosures** [#15] (the "Motion"). The Motion seeks a stay pending resolution of Defendant's Motion to Dismiss [#6]. Because the Motion to Dismiss [#6] has now been resolved by the Court, *see Order* [#16],

    IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED as moot**.

    Dated: October 23, 2015