IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01298-KLM

**KIMBERLY K. HAWKS**, an Individual

    Plaintiff,

v.

**BALLANTINE COMMUNICATIONS, INC.**
**D/B/A BALLANTINE PUBLISHING,** a Colorado Corporation

    Defendant.

---

**ORDER PURSUANT TO FED. R. EV. 502(d)**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN l. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| Logan R. Martin | William A. Rogers, III |
| Zachary S. Westerfield | Brendan L. Loy |
| Westerfield & Martin, LLC | Wood, Ris & Hames P.C. |
| 600 17th St. Suite 2800, South Tower | 1775 Sherman St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80203 |
| Phone: (303) 915-5002 | Phone: (303) 863-7700 |
| Fax: (303) 260-6401 | Fax: (303) 830-8772 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**SO ORDERED**

Dated: Nov. 13, 2015

                                          Hon. Kristen L. Mix
                                          United States Magistrate Judge