IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01298-KLM

KIMBERLY K. HAWKS, an individual,

    Plaintiff,

v.

BALLANTINE COMMUNICATION, INC., a Colorado corporation doing business as Ballantine Publishing,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint** [#25] (the "Motion"). Given that Plaintiff has not yet amended her Complaint in this lawsuit, given that the Motion [#25] was timely filed by the deadline for amendment of pleadings and joinder of parties, and given that Defendant did not file a Response despite its purported opposition to the Motion, *see* [#25] at 1, the Court finds that leave to amend should be granted pursuant to Fed. R. Civ. P. 15(a)(2). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#25] is **GRANTED**. The Clerk of Court shall accept Plaintiff's Second Amended Complaint [#25-1] for filing as of the date of this Minute Order.

    Dated: February 25, 2016